696 A.2d 442

**Flint Gregory HUNT,**

v.

**STATE of Maryland.**

**Misc. No. 20, Sept. Term, 1997.**

Court of Appeals of Maryland.

July 1, 1997.

Fred Warren Bennett, Washington, DC, for Appellant.

Gwynn X. Kinsey, Jr., Assitant Atty. Gen. (J. Jospeh Curran, Jr., Atty. Gen.), Baltimore, for Appellee.

Submitted before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, RAKER and WILNER, JJ.

## ORDER

ELDRIDGE, Judge.

The Court having considered the emergency motion for stay of execution and other relief in the above captioned case, it is this 1st day of July, 1997,

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, denied.